AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL - DC
RECEIVED OCT __ '24

FID 11726976

United States of America
v.

TYANNA BOWMAN

*Defendant*

)
)
) Case: 1:24-cr-00456
) Assigned To : Judge Timothy J. Kelly
) Assign. Date : 10/10/2024
) Description: Indictment (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  TYANNA BOWMAN
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute a Detectable Amount of Fentanyl;

FORFEITURE:  21 U.S.C. § 853(a) and (p); 18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c)

Date: 10/10/2024

*Issuing officer's signature*

City and state: WASHINGTON, DC

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

**Return**

This warrant was received on *(date)* OCT. 11, 2024 , and the person was arrested on *(date)* OCT. 22, 2024
at *(city and state)* OCT 11, 2024 DC

Date: OCT. 22, 2024

*Arresting officer's signature*

Josh Miller Special Agent
*Printed name and title*